## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF**: TONY MOORE**                                CASE NO:  **05-08300-8-SWH**
                     **CORTINA G. MOORE**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
| --- | --- | --- |
| **TONY MOORE**<br>**374 VON STREET**<br>**LUMBERTON, NC 28360** | **$6.41** | **1/7/10** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**June 23, 2010**                                      /s/ Trawick H. Stubbs, Jr.
                                                       **TRAWICK H. STUBBS, JR.**
                                                       **CHAPTER 13 TRUSTEE**
                                                       **P. O. BOX 1618**
                                                       **NEW BERN, NC  28563**
                                                       **(252) 633-0074**