**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN THE MATTER OF**: TONY MOORE**                    CASE NO:  **05-08300-8-SWH**
                              **CORTINA G. MOORE**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports
unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the
    estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect
    mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-
    payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
| --- | --- | --- |
| **TRUELOGIC FINANCIAL CORPORATION**<br>**1000 ABERNATHY ROAD NE, STE 155**<br>**ATLANTA, GA 30328-5623** | **$18.70** | **1/7/10** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or
whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends
pursuant to 11 U.S.C. 347.

**June 23, 2010**                         /s/ Trawick H. Stubbs, Jr.
                              **TRAWICK H. STUBBS, JR.**
                              **CHAPTER 13 TRUSTEE**
                              **P. O. BOX 1618**
                              **NEW BERN, NC  28563**
                              **(252) 633-0074**